IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

Vs.                              CASE NO.  4:98cr00124-01 JMM

THELTON SMITH

ORDER

Defendant appeared this date for a hearing on the motions to revoke supervised released (DE's #84 & 86).  Defendant admitted to all allegations except the allegation relating to the commission of another crime.

The Court granted the motions to revoke as to the admitted allegations.  The allegation that Defendant committed another crime is dismissed without prejudice, for refiling following the disposition of the charge.

Defendant was allowed to self-surrender to the designated facility by 2:00 p.m. on February 23, 2010.  In addition to the conditions previously imposed, Defendant shall not drive any vehicle pending his report date.

IT IS SO ORDERED THIS 25th day of January, 2010.

_____
UNITED STATES DISTRICT JUDGE